Argued and submitted May 8, 1987, at Pendleton, Oregon, affirmed July 22, 1987

GRANT COUNTY,
*Appellant,*

*v.*

MASCALL,
*Respondent.*

(9542; CA A41507)

738 P2d 1392

J. Marshall Gilmore, John Day, argued the cause and filed the brief for appellant.

David B. Hydes, John Day, argued the cause and filed the brief for respondent.

Before Joseph, Chief Judge, and Richardson and Warren, Judges.

PER CURIAM

## PER CURIAM

In this declaratory judgment action plaintiff county appeals from the portion of the judgment holding that neither it nor the public have acquired a prescriptive easement over certain roads located on property owned by defendant Mascall. We find that the evidence did not clearly or convincingly establish an open and notorious use of defendant's land, adverse to her rights, for a continuous and uninterrupted period of 10 or more years. *See Thompson v. Scott,* 270 Or 542, 546, 528 P2d 509 (1974). It is unnecesary for us to reach plaintiff's legal arguments, and we emphasize that our decision is based solely on our *de novo* finding.

Affirmed.